# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**LAWRENCE E MARTIN**                                                                **PLAINTIFF**
**ADC #106491**

v.                                      **CASE NO. 2:22-CV-00070-BSM**

**GAYLON LAY,** *et al.*                                                              **DEFENDANTS**

## ORDER

Having reviewed the entire record *de novo*, Magistrate Judge Jerome T. Kearney's proposed findings and recommendations [Doc. No. 4] are adopted. Martin's motion to proceed *in forma pauperis* [Doc. No. 2] is denied, and this case is dismissed without prejudice. Martin's motion to appoint counsel [Doc. No. 3] is denied as moot. If Martin wishes to continue with this case, he must submit the $402 filing fee within fifteen (15) days of this order, along with a motion to reopen the case. Upon receipt of the motion and full payment the case will be reopened.

IT IS SO ORDERED this 13th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE