# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**LAWRENCE E MARTIN**     **PLAINTIFF**
**ADC #106491**

v.     **CASE NO. 2:22-CV-00070-BSM**

**GAYLON LAY,** *et al.*     **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 13th day of May, 2022.

_____
UNITED STATES DISTRICT JUDGE